PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Telephone: (702) 921-2460
Facsimile: (702) 921-2461
Email: paul.trimmer@jacksonlewis.com
Email: lynne.mcchrystal@jacksonlewis.com

*Attorneys for Defendant*
*Aria Resort & Casino, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW BACKES, an individual,<br><br>    Plaintiff,<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I – X, inclusive; and ROE CORPORATIONS I – X, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00021-GMN-NJK<br><br>**MOTION FOR LEAVE TO WITHDRAW ATTORNEY KYLE J. HOYT FROM CASE** |

　　　　Defendant, by and through its counsel Jackson Lewis P.C., hereby requests leave of the Court to remove attorney Kyle J. Hoyt as counsel of record from the above captioned case and the Court's docket. Defendant will continue to be represented by its attorneys of record, Paul T. Trimmer and Lynne K. McChrystal of Jackson Lewis, P.C.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Mr. Hoyt's withdrawal will not cause any delay in the action.

DATED this 23rd day of March, 2023.

JACKSON LEWIS P.C.

*/s/ Lynne K. McChrystal*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101

*Attorneys for Defendant*
*Aria Resort & Casino, LLC*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 24, 2023

2