ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW BACKES, an individual, | Case No.: 2:23-cv-00021-GMN-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER REGARDING EARLY NEUTRAL EVALUATION SESSION** |
| ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff MATTHEW BACKES, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD. and Defendant ARIA RESORT & CASINO, LLC, by and through its counsel of record, PAUL T. TRIMMER, ESQ. and LYNNE K. McCHRYSTAL, ESQ., of the law firm of JACKSON LEWIS P.C., for LOGAN G. WILLSON, ESQ. to attend and represent Plaintiff during the Early Neutral Evaluation ("ENE") session currently scheduled for April 25, 2023, at 10:00 a.m. [ECF No. 10] due to a scheduling conflict with Plaintiff's lead trial counsel, ADAM R. FULTON, ESQ.

Pursuant to the March 7, 2023 Order Scheduling Early Neutral Evaluation Session, "Lead

-1-

trial counsel, all parties appearing pro se, if any, and all individual parties must be present." Given the scheduling conflict of lead trial counsel for Plaintiff, the parties stipulate for LOGAN G. WILLSON, ESQ. to attend and represent Plaintiff during the ENE.

DATED: April 24, 2023

**JENNINGS & FULTON, LTD.**

/s/ Logan G. Willson, Esq.
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED: April 24, 2023

**JACKSON LEWIS P.C.**

/s/ Lynne K. McChrystal, Esq.
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 S. 4th Street, Ste. 900
Las Vegas, Nevada 89101
*Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED:

_____
United States Magistrate Judge

Dated: 4-24-2023