ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW BACKES, an individual, | Case No.: 2:23-cv-00021-CDS-DJA |
| Plaintiff | |
| vs. | **STIPULATION AND ORDER TO EXTEND DISMISSAL DEADLINE** |
| ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendants | |

**IT IS HEREBY STIPULATED** by and between Plaintiff MATTHEW BACKES, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant ARIA RESORT & CASINO, LLC, by and through its counsel of record, PAUL T. TRIMMER, ESQ. and LYNNE K. McCHRYSTAL, ESQ., of the law firm of JACKSON LEWIS P.C., to extend the dismissal deadline outlined in ECF No. 26 from Monday August 28, 2023 to Monday September 18, 2023.

The parties are still in the process of finalizing the settlement agreement

/ / /

/ / /

-1-

and any additional terms outlined therein to effectuate the settlement agreement prior to dismissal.

| DATED: August 28, 2023 | DATED: August 28, 2023 |
|---|---|
| **JENNINGS & FULTON, LTD.** | **JACKSON LEWIS P.C.** |
| /s/ Logan G. Willson, Esq. | /s/ Paul T. Trimmer, Esq. |
| ADAM R. FULTON, ESQ.<br>Nevada Bar No. 11572<br>LOGAN G. WILLSON, ESQ.<br>Nevada Bar No. 14967<br>2580 Sorrel Street<br>Las Vegas, Nevada 89146<br>*Attorneys for Plaintiff* | PAUL T. TRIMMER, ESQ.<br>Nevada Bar No. 9291<br>LYNNE K. MCCHRYSTAL, ESQ.<br>Nevada Bar No. 14739<br>300 S. 4th Street, Ste. 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant* |

**ORDER**

IT IS SO ORDERED:

_____
United States District Judge

Dated: August 28, 2023

-2-