ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
afulton@jfnvlaw.com
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
logan@jfnvlaw.com
**JENNINGS & FULTON, LTD.**
2580 Sorrel Street
Las Vegas, NV 89146
Telephone: (702) 979-3565
Facsimile: (702) 362-2060
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MATTHEW BACKES, an individual,<br><br>Plaintiff<br><br>vs.<br><br>ARIA RESORT & CASINO, LLC, a Nevada Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendant | Case No.: 2:23-cv-00021-CDS-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff, MATTHEW BACKES, by and through his attorneys of record, ADAM R. FULTON, ESQ. and LOGAN G. WILLSON, ESQ., of the law firm of JENNINGS & FULTON, LTD., and Defendant ARIA RESORT & CASINO, LLC, by and through its counsel of record, PAUL T. TRIMMER, ESQ. and LYNNE K. McCHRYSTAL, ESQ., of the law firm of JACKSON LEWIS P.C., to dismiss this action, including all claims and defenses, with prejudice.

/ / /

IT IS FURTHER STIPULATED AND AGREED that each party shall bear its own fees and costs. The Clerk of Court may close this case.

DATED: October 12th, 2023

**JENNINGS & FULTON, LTD.**

*/s/ Logan G. Willson, Esq.*
ADAM R. FULTON, ESQ.
Nevada Bar No. 11572
LOGAN G. WILLSON, ESQ.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorneys for Plaintiff*

DATED: October 12th, 2023

**JACKSON LEWIS P.C.**

*/s/ Paul T. Trimmer, Esq.*
PAUL T. TRIMMER, ESQ.
Nevada Bar No. 9291
LYNNE K. MCCHRYSTAL, ESQ.
Nevada Bar No. 14739
300 S. 4th Street, Ste. 900
Las Vegas, Nevada 89101 *Attorneys for Defendant*

**ORDER**

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 13, 2023